# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICAH MAYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:16-cv-00051-KOB-JHE |
| | ) |
| CORRECTIONAL OFFICER | ) |
| McLAURIN, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANUM OPINION AND ORDER

The magistrate judge entered a report on November 28, 2016, recommending that all claims in this matter, except the excessive force claim against Officer McLaurin, be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted. (Doc. 16). The magistrate judge further recommended that the remaining excessive force claim against Officer McLaurin be referred back to the magistrate judge for further proceedings. (*Id.* at 8). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, no objections have been filed with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report

is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **ORDERS** that all claims in this matter, except the excessive force claim against Officer McLaurin, are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1). The court further **ORDERS** that the remaining excessive force claim against Officer McLaurin is **REFERRED** to the magistrate judge for further proceedings.

    **DONE** and **ORDERED** this the 20th day of December, 2016.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE