FILED
2017 Apr-05 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
CIVIL DIVISION

| | |
|---|---|
| Micah Mays  #221582 | ) |
| | ) |
| Plaintiff /Petitioner | ) |
| | ) |
| | ) CIVIL ACTION NO. 2:16-CV-00051-WMA-JHE |
| Vs. | ) |
| | ) |
| Christopher McLaurin | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Christopher McLaurin, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Christopher McLaurin and I am presently employed as a Correctional Officer, employed by the Department of Corrections, Saint Clair Correctional Facility, 1000 Saint Clair Road, Springville Alabama, 35146. I am over twenty-one (21) years of age.

I am a correctional officer at St. Clair Correctional facility. On December 30, 2015, at approximately 9:30 AM, I and Officers Brian Fife and Kenneth Patton were escorting D-block SEG board inmates to D-unit. In the process of escorting the inmates, inmate Joseph Agee B/275782 became verbally aggressive and began walking toward me on the outside porch of D-unit in an aggressive manner. At that time, Officer Fife separated inmate Agee from me and continued escorting all inmates inside D and E units. While entering the hallway of D and E units, inmate Micah Mays B/221582 intentionally bumped into my left shoulder from behind. Officer Patton separated Micah Mays and officers continued to escort inmates into D-1 side. While inside D-1 block, Officers Patton and Fife began to place inmates in their assigned cells, I gave inmate Mays three direct orders to lock down in his cell, but he refused. Inmate Mays came yelling in a boisterous tone with me and kicked me in the testicles. At that time, I utilized the two-on-one take down and took Mays to the ground. While on the ground, Mays continued with assaultive behavior. To gain control of the inmate, I struck Mays with a closed fist to the chin and held him down until a responding officer came to aid.

_Christopher McLaurin, C.O._
Christopher McLaurin, Correctional Officer

SWORN TO AND SUBSCRIBED TO before me on this _26_ day of

_January_____, 2017.

_William R. Northcut_____
NOTARY PUBLIC

My Commission Expires: _9/18/18_