# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICAH MAYS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-0051-KOB-JHE |
| CORRECTIONAL OFFICER CHRISTOPHER MCLAURIN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report on January 26, 2018 (doc. 42), recommending that the court deny the parties' motions for summary judgment (docs. 34, 26, & 29). The court has not received any objections.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Accordingly, the court DENIES the parties' motions for summary judgment (docs. 34, 26, & 29) and REFERS this matter to the magistrate judge for further proceedings.

DONE and ORDERED this 21st day of March, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On February 15, 2018, the magistrate judge provided the plaintiff an additional fourteen days to submit specific written objections. (Doc. 44). The time to object has expired, and the court has received no objections.