# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICAH MAYS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 2:16-cv-00051-KOB-JHE |
| CORRECTIONAL OFFICER CHRISTOPHER MCLAURIN, | ) ) ) ) |
| Defendant. | ) |

## ORDER

The parties are **ORDERED** to file a joint status report regarding the outcome of mediation and their anticipated next steps in this litigation by **January 18, 2019**.

DONE this 11th day of January, 2019.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE