IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MI'CAH MAYS;<br><br>　　Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER<br>CHRISTOPHER MCLAURIN;<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No.: 2:16-CV-00051-KOB-<br>)                         JHE<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mi'Cah Mays and Defendant Officer Christopher McLaurin hereby jointly stipulate to the dismissal, **WITH PREJUDICE**, of all claims asserted in this matter, with each party to bear its own costs.

Respectfully submitted on this the ~~24th~~ 5th day of ~~February~~ March 2019.

_____
Russell J. Rutherford
Counsel for Plaintiff Mi'Cah Mays

**OF COUNSEL:**
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, Alabama 35203
Telephone: 205-250-5000
Facsimile: 205-250-5034
Email: russell.rutherford@arlaw.com

/s/ Billington M. Garrett
Billington M. Garrett
Counsel for Defendant Christopher McLaurin

**OF COUNSEL:**
General Civil Litigation and Administrative Law Division
Office of the Attorney General
State of Alabama
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130
Telephone: 334-242-7300
Facsimile: 334-242-2433
Email: bgarrett@ago.state.al.us