# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MI'CAH MAYS,** | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| VS. | ] CIVIL ACTION NO. |
| | ] 2:16-CV-51 KOB-JHE |
| **CORRECTIONAL OFFICER** | ] |
| **CHRISTOPHER McLAURIN,** | ] |
| | ] |
| Defendant. | ] |

## <u>O R D E R</u>

This cause comes before the court upon the "Joint Stipulation of Dismissal." (Doc. 66).  Upon consideration thereof, the court ORDERS that this case be, and the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, each party to bear his own costs.

**DONE**  and **ORDERED** this 5th day of March, 2019.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE